UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

VITO A. PRIORE,

          *Plaintiff*,

   v.

CARAVAN INGREDIENTS INC., CSM BAKERY SUPPLIES NORTH AMERICA, MICHAEL KRIZMAN, FRANK MALLEY, AL FARMER, ELWOOD LICHAK, RICHARD ROE, HENRY ADAMS,

          *Defendants*.

Civ. No. 13-5229 (KSH) (CLW)

**ORDER**

Upon consideration of the motion [D.E. 3] of defendants Caravan Ingredients Inc., CSM Bakery Supplies North America, Frank Malley, and Elwood Lichack to dismiss the complaint filed by plaintiff Vito A. Priore; and for the reasons expressed in the Court's opinion filed herewith,

**IT IS,** on this 30th day of June, 2014,

**ORDERED** that defendants' motion to dismiss is GRANTED; and it is further

**ORDERED** that plaintiff may file an amended complaint with 21 days of the entry of this order.

                                                /s/ Katharine S. Hayden
                                                Katharine S. Hayden, U.S.D.J.